IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASCADIA WILDLANDS, et al.,

              Plaintiffs,

     v.

UNITED STATES BUREAU OF INDIAN
AFFAIRS,

              Defendant,

And,

THE COQUILLE INDIAN TRIBE,

              Defendant-Intervenor.

_____

6:13-cv-1559-TC

ORDER

MCSHANE, Judge:

      Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 38), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo. See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 38) is adopted in full. Defendants' motions for summary judgment (ECF No. 25 & 27) are GRANTED. Plaintiffs' motion for summary judgment (ECF No. 21) is DENIED.

IT IS SO ORDERED.


DATED this 24th day of June, 2014.


_____/s/ Michael J. McShane_____
Michael J. McShane
United States District Judge

2 –ORDER